# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Criminal No. 15-00088-CG |
| | * |
| **XIULU RUAN, M.D.** | * |

## BILL OF PARTICULARS

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and provides notice in the above captioned matter that the United States intends to seek to forfeit the specific property identified below:

1. The real property, including all buildings, improvements and fixtures, located at **1323 LEROY STEVENS ROAD, Mobile, Alabama**, owned by **JAX LEASING, LLC**, and as more particularly described in the Probate Records of Mobile County, Alabama, as:

    **LOT 2 BYRUM FAMILY DIVISION MAP BOOK 129, PAGE 35.**

WHEREFORE, the United States files its Bill of Particulars with regard to the Forfeiture Notice of the Indictment.

    Respectfully submitted,

    KENYEN R. BROWN
    UNITED STATES ATTORNEY
    By:

    /s/ Deborah A. Griffin
    Deborah A. Griffin (GRIFD9200)
    Assistant United States Attorney
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    (251) 441-5845
    (251) 441-5131 (fax)

## CERTIFICATE OF SERVICE

I certify that I have filed on this 2nd day of July, 2015, a copy of the foregoing with the Clerk of the Court using CM/ECF, which automatically serves a copy of the same upon the attorneys for the defendant, Dennis J. Knizley, Esquire and Jason Bradley Darley, Esquire.

/s/ Deborah A. Griffin
Deborah A. Griffin
Assistant United States Attorney