IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. 15-00088-CG |
| v. | * | |
| | * | |
| XIULU RUAN, M.D. | * | VIOLATIONS |
| | * |     21 U.S.C. § 846 |
| Defendant. | * |     18 U.S.C. § 1349 |
| | * |     Forfeiture Notice |

## ORDER

Upon motion of the United States it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the following asset is dismissed from the forfeiture notice of the Indictment, presently pending in this cause against **Xiulu Ruan, M.D.**:

Real property located at **1301 Leroy Stevens Road, Mobile, Alabama, 36695.**

**DONE and ORDERED** this 2nd day of July, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE