IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-00088-CG |
| | ) | |
| XIULU RUAN, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS** a jury verdict was returned on February 23, 2017, convicting defendant **RUAN** of Counts One through Four, Eight, Nine, Eleven, Twelve, Fifteen through Seventeen, and Nineteen through Twenty-Two of the Second Superseding Indictment; and

**WHEREAS** a written stipulation and agreement to forfeit was filed with this Court on February 23, 2017, which was signed by defendant **RUAN** and his counsel, Dennis Knizley, Esq., in which defendant **RUAN** agreed to knowingly and voluntarily forfeit the below-listed assets to the United States, and agreed that United States had established the requisite connection between those amounts, those assets and the violations charged in Counts One through Four, Eight, Nine, Eleven, Twelve, Fifteen through Seventeen, and Nineteen through Twenty-Two of the Second Superseding Indictment:

The bank and financial accounts associated with PPSA and C&R Pharmacy:

1. $398,953.07, more or less from, Wells Fargo account ending in x6971, in the name of PPSA;
2. $36,369.45, more or less, from Wells Fargo account ending x1719, in the name of C&R, L.L.C.;

3. $900,712.98, more or less, from Wells Fargo account ending x7003, in the name of C&R Pharmacy, L.L.C.;
4. $25,595.71, more or less, from JPMorgan Chase check ending 2682, payable to C&R Pharmacy; and
5. $175,773.13, more or less, from Bank of America account ending 7563, payable to C&R Pharmacy.

The following bank and financial accounts associated with **RUAN**:

1. $167,703.32, more or less, seized from State Bank & Trust (hereinafter "SB&T) account ending in x5553, in the name of XLR Exotic Autos, L.L.C.;
2. $18,791.63, more or less, seized from SB&T account ending in x5264, in the name of Ruan Companies, LLC;
3. $3,274.61, more or less, seized from SB&T account ending in x6197 in the name of Xiulu Ruan;
4. $10,661.87, more or less, seized from Wells Fargo account ending in x1921, in the name of XLR Properties, L.L.C.;
5. $49,777.85, more or less, seized from Wells Fargo account ending in x1212, in the name of Physicians Weight Loss and Wellness, L.L.C.;
6. $40,939.83, more or less, seized from Community Bank account ending in x9013, in the name of Xiulu Ruan;
7. $141,971.78, more or less, seized from Capital One Sharebuilder Investment Account ending in x6197-01 in Ruan's name;
8. $5,000, more or less, from College Counts 529 Fund, accounts ending in x3712
10. $5,000, more or less, from College Counts 529 Fund, accounts ending in x3713.

The following vehicles associated with **RUAN**:

1. Aston Martin DB9 Volante, VIN #SCFAB02AX6GB04617;
2. Audi R8 Spyder, VIN #WUATNAFG2BN002379;
3. 2007 Bentley Continental GT, VIN #SCBDR33W47C048251;
4. 1987 BMW M6, VIN #WBAEE1400H2560721;
5. Ferrari F430 Convertible, VIN #ZFFEW59A070156841;
6. Ferrari 599 GTB, VIN #ZFFFC60A270150619;
7. 1994 Lamborghini Diablo, VIN #ZA9DU07P2RLA12227;
8. 2008 Lamborghini, VIN #ZHWBU47M78LA02880;
9. 2005 Mercedes SLR, VIN #WDDAJ76E45M000070;
10. 2011 Mercedes Model SLS AMG, VIN #WDDRJ7HA2BA002474;
11. 2013 Mercedes SLS AMG GT, VIN #WDDRK7JA0DA010048;

12. Shelby Series 1, VIN #5CXSA1816XL000159;
13. Spyker C8 Laviolette, VIN #XL9BA11G69Z363202;
14. 2005 Bently Armage, VIN #SCBLC43FX5CX10639;
15. 2005 Bentley Continental GT, VIN #SCBCR63W65C024205;
16. 2006 Saleen S7, VIN #1S9SB18126S000074;
17. 2007 Porsche 911 GT3, VIN #WP0AC29997S792687;
18. 2005 Porsche 9TC, VIN #WP0CB29965S675240.

The following real property associated with **RUAN**:

1. 2800 Churchbell Ct. Mobile, Alabama;
2. His interest in 1323 Leroy Stevens Road, Mobile, Alabama, 36695 (Mobile County), (Parcel number R022707253000005.002), and which is more particularly described as: Lot 2 Byrum Family Division Map Book 129 Page 35.

**WHEREAS**, the defendant **RUAN** also agreed to the entry of a Money Judgment as follows:

Judgment in favor of the United States of America for a sum of money of at least $5,000,000, the agreed upon value of the remaining property constituting, or derived from, any and all proceeds the defendant obtained, directly or indirectly, as a result of the violations alleged in the counts of conviction, as identified above.

**WHEREAS**, pursuant to Fed. R. Crim. P. 32.2(b)(2), this Court determines, based on the evidence set forth during the defendant=s trial and pursuant to his consent to forfeiture, the assets are subject to forfeiture and entry of judgment in favor of the United States for $5,000,000 is appropriate;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

That the following property is declared forfeited to the United States, pursuant to the code sections alleged in the Notice of Forfeiture contained in the Second Superseding Indictment:

3

The bank and financial accounts associated with PPSA and C&R Pharmacy:

1. $398,953.07, more or less from, Wells Fargo account ending in x6971, in the name of PPSA;
2. $36,369.45, more or less, from Wells Fargo account ending x1719, in the name of C&R, L.L.C.;
3. $900,712.98, more or less, from Wells Fargo account ending x7003, in the name of C&R Pharmacy, L.L.C.;
4. $25,595.71, more or less, from JPMorgan Chase check ending 2682, payable to C&R Pharmacy; and
5. $175,773.13, more or less, from Bank of America account ending 7563, payable to C&R Pharmacy.

The following bank and financial accounts associated with **RUAN**:

1. $167,703.32, more or less, seized from State Bank & Trust (hereinafter "SB&T) account ending in x5553, in the name of XLR Exotic Autos, L.L.C.;
2. $18,791.63, more or less, seized from SB&T account ending in x5264, in the name of Ruan Companies, LLC;
3. $3,274.61, more or less, seized from SB&T account ending in x6197 in the name of Xiulu Ruan;
4. $10,661.87, more or less, seized from Wells Fargo account ending in x1921, in the name of XLR Properties, L.L.C.;
5. $49,777.85, more or less, seized from Wells Fargo account ending in x1212, in the name of Physicians Weight Loss and Wellness, L.L.C.;
6. $40,939.83, more or less, seized from Community Bank account ending in x9013, in the name of Xiulu Ruan;
7. $141,971.78, more or less, seized from Capital One Sharebuilder Investment Account ending in x6197-01 in Ruan's name;
8. $5,000, more or less, from College Counts 529 Fund, accounts ending in x3712
10. $5,000, more or less, from College Counts 529 Fund, accounts ending in x3713.

The following vehicles associated with **RUAN**:

1. Aston Martin DB9 Volante, VIN #SCFAB02AX6GB04617;
2. Audi R8 Spyder, VIN #WUATNAFG2BN002379;
3. 2007 Bentley Continental GT, VIN #SCBDR33W47C048251;
4. 1987 BMW M6, VIN #WBAEE1400H2560721;
5. Ferrari F430 Convertible, VIN #ZFFEW59A070156841;

4

6. Ferrari 599 GTB, VIN #ZFFFC60A270150619;
7. 1994 Lamborghini Diablo, VIN #ZA9DU07P2RLA12227;
8. 2008 Lamborghini, VIN #ZHWBU47M78LA02880;
9. 2005 Mercedes SLR, VIN #WDDAJ76E45M000070;
10. 2011 Mercedes Model SLS AMG, VIN #WDDRJ7HA2BA002474;
11. 2013 Mercedes SLS AMG GT, VIN #WDDRK7JA0DA010048;
12. Shelby Series 1, VIN #5CXSA1816XL000159;
13. Spyker C8 Laviolette, VIN #XL9BA11G69Z363202;
14. 2005 Bently Armage, VIN #SCBLC43FX5CX10639;
15. 2005 Bentley Continental GT, VIN #SCBCR63W65C024205;
16. 2006 Saleen S7, VIN #1S9SB18126S000074;
17. 2007 Porsche 911 GT3, VIN #WP0AC29997S792687;
18. 2005 Porsche 9TC, VIN #WP0CB29965S675240.

The following real property associated with **RUAN**:

1. 2800 Churchbell Ct. Mobile, Alabama;
2. His interest in 1323 Leroy Stevens Road, Mobile, Alabama, 36695 (Mobile County), (Parcel number R022707253000005.002), and which is more particularly described as:  Lot 2 Byrum Family Division Map Book 129 Page 35.

**Money Judgment:**

**Judgment in favor of the United States of America for a sum of money of at least $5,000,000, the agreed upon value of the remaining property constituting, or derived from, any and all proceeds the defendant obtained, directly or indirectly, as a result of the violations alleged in the counts of conviction, as identified above.**

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

That pursuant to Fed. R. Crim. P. Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant **RUAN** at the time of sentencing, and shall be made part of the sentence and included in the judgment.   If no third party files a timely claim, this

Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.  No such notice or ancillary proceeding is necessary to the extent that this Order consists solely as a judgment for a sum of money.  Fed. R. Crim. P. 32.2(c)(1).

The United States may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture to include substitute property having a value not to exceed $5,000,000 to satisfy the money judgment, in whole or in part.

In accordance with 21 U.S.C. § 853(m) and Fed. R. Crim. P. 32.2(b)(2), the United States is authorized to undertake whatever discovery may be necessary to identify, locate or dispose of substitute assets to satisfy the money judgment.

The Clerk of the Court shall forward fifteen certified copies of this Order to Assistant United States Attorney Deborah A. Griffin, U.S. Attorney's Office, 63 S. Royal St., Rm. 600, Mobile, AL 36602.

**DONE and ORDERED** this 2nd day of March, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE