IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-00088-CG |
| | ) | |
| XIULU RUAN, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR INTERLOCUTORY SALE

This matter is before the Court on the United States' Motion For Interlocutory Sale of Property. (Doc. 570)

The Court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

1. For the reasons set forth in the motion and pursuant to Rule 32.2(b)(7), Supplemental Rule (G)(7), and 21 U.S.C. §853(g), there is good cause for the interlocutory sale of the following personal property:

   Aston Martin DB9 Volante, VIN #SCFAB02AX6GB04617; Audi R8 Spyder, VIN #WUATNAFG2BN002379;

   2007 Bentley Continental GT, VIN #SCBDR33W47C048251;

   1987 BMW M6, VIN #WBAEE1400H2560721;

   Ferrari F430 Convertible, VIN #ZFFEW59A070156841; Ferrari 599 GTB, VIN #ZFFFC60A270150619; 1994 Lamborghini Diablo, VIN #ZA9DU07P2RLA12227;

   2008 Lamborghini, VIN #ZHWBU47M78LA02880;

   2005 Mercedes SLR, VIN #WDDAJ76E45M000070;

   2011 Mercedes Model SLS AMG, VIN #WDDRJ7HA2BA002474;

2013 Mercedes SLS AMG GT, VIN #WDDRK7JA0DA010048;"
Shelby Series 1, VIN #5CXSA1816XL000159; Spyker C8 Laviolette, VIN #XL9BA11G69Z363202;

2005 Bently Armage, VIN #SCBLC43FX5CX10639;

2005 Bentley Continental GT, VIN #SCBCR63W65C024205;

2006 Saleen S7, VIN #1S9SB18126S000074; and

2005 Porsche 9TC, VIN #WP0CB29965S675240."

The United States, through the United States Marshals Service, is ordered to sell the property listed above.

2. Upon the sale of the above personal property, the United States Marshals Service is ordered deduct its expenses related to its custody, maintenance, and sale, and to deposit the remaining sale proceeds into an interest-bearing account pending further order(s) of this Court.

**DONE and ORDERED** this 4th day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE