BALDWIN COUNTY, ALABAMA
TIM RUSSELL PROBATE JUDGE
Filed/cert. 12/13/2017 10:55 AM
TOTAL        $   16.00
2 Pages

16/0372

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *    Criminal No. 15-00088-CG |
| v. | * |
| | * |
| JOHN PATRICK COUCH, M.D., | * |

### RELEASE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that a certain Lis Pendens recorded in the Probate Court of Baldwin County, Alabama, on May 20, 2015, document 1513939, giving notice of a pending action in the United States District Court for the Southern District of Alabama, Southern Division, in the above styled case, is hereby released and discharged.

The property affected by this release is the real property, with all buildings, improvements, fixtures, and appurtenances is located at **28105 Perdido Beach Boulevard, Unit C-804, Orange Beach, Alabama, 36561**, (Baldwin County) (Parcel Number: 65-05-03-0-000-005.004-909-A1), and which is more particularly described as:

UNIT C-804 OF CARIBE RESORT, A CONDOMINIUM, LOCATED IN BALDWIN COUNTY, ALABAMA, ACCORDING TO THEAT CERTAIN DECLARATION OF CONDOMINIUM OF CARIBE RESORT, A CONDOMINIUM TOGETHER WITH ALL EXHIBITS ATTACHED THERETO, INCLUDING THE BY-LAWS OF CARIBE RESORT CONDOMINIUM ASSOCIATION, INC,. DATED APRIL 15, 2002, AND RECORDED AT INSTRUMENT NO. 654173, AS AMENDED BY FIRST INCREMENTAL AMENDMENT DATED MAY 31, 2005, AND RECORDED AT INSTRUMENT #895497, AS AMENDED BY SECOND INCREMENTAL AMENDMENT DATED AUGUST 7, 2006, AND RECORDED AT INSTRUMENT #992812, AND BEING FURTHER DESCRIBED AND DEFINED BY ARCHITECT'S CERTIFICATION DRAWINGS FILED IN APARTMENT BOOK 22, PAGE 30, ET SEQ, (PHASE 1) AND IN APARTMENT BOOK 23, PAG 135, EET SEQ, (PHASE ii) AND IN APARTMENT BOOK 24, PAGE 111, ET SEQ, (PHASE III) OF THE RECORDS IN THE OFFICE OF THE JUDGE OF PROBATE OF BALDWIN COUNTY, ALABAMA, TOGETHER WITH THE APPROPRIATE UNDIVIDED INTEREST IN THE COMMON

RECEIVED
US ATTORNEY'S OFFICE

2017 DEC 20  P 12:45

SOUTHERN DISTRICT
OF ALABAMA

AREAS AND FACILITIES DECLARED IN SAID DECLARATION AS AMENDED TO BE APPURTENANT TO THE ABOVE DESCRIBED UNIT.

This release is to be effective on the date of closing.

DATED this 20th day of November, 2017.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: /s/ Deborah A. Griffin
Deborah A. Griffin
Assistant United States Attorney



Case 1:15-cr-00088-CG-B   Document 726   Filed 12/29/17   Page 4 of 4