```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF ALABAMA


 UNITED STATES OF AMERICA
                                         CASE NO. CR15-00088
 v.
                                         COURTROOM 2B
 JOHN PATRICK COUCH, M.D.,
 and XIULU RUAN, M.D.,
                                         MOBILE, ALABAMA
           Defendants.
                                         TUESDAY, FEBRUARY 21, 2017
 * * * * * * * * * * * * * * *
 REDACTED


                        DAY 29 OF TRIAL
            BEFORE THE HONORABLE CALLIE V. S. GRANADE,
          SENIOR UNITED STATES DISTRICT JUDGE, AND JURY




 APPEARANCES:

 FOR THE GOVERNMENT:
     DEBORAH A. GRIFFIN
     CHRISTOPHER BODNAR
     United States Attorney's Office
     63 S. Royal Street, Suite 600
     Mobile, AL  36602
     (251) 441-5845


 FOR THE DEFENDANT COUCH:
     ARTHUR T. POWELL, III
     P.O. Box 40456
     Mobile, AL 36640-0456
     (251) 433-8310

     JACKSON R. SHARMAN, III
     ROBERT JACKSON SEWELL
     JEFFREY PAUL DOSS
     BENJAMIN SANDERS WILLSON
     Lightfoot, Franklin & White
     400 North 20th Street
     Birmingham, AL  35203
     (205) 581-0700
```

```
 1    (Continued)

 2        BRANDON KEITH ESSIG
          800 Shades Creek Parkway, Suite 600D
 3        Birmingham, AL  35209
          (251) 879-1981
 4
     FOR THE DEFENDANT RUAN:
 5        DENNIS J. KNIZLEY
          7 N. Lawrence
 6        Mobile, AL 36602
          (251) 432-3799
 7
          JASON BRADLEY DARLEY
 8        Darley & McGough, LLC
          1751 Dauphin Street
 9        Mobile, AL 36604
          (251) 441-7772
10
          GORDON G. ARMSTRONG, III
11        P.O. Box 1464
          Mobile, AL  36633
12        (251) 434-6428

13        STEVEN D. MARTINIE
          4955 North Lake Drive
14        Whitefish Bay, WI  53217
          (414) 332-9683
15
     THE CLERK:  MARY ANN BOYLES
16   THE LAW CLERK:  LYNN DEKLE
     COURT REPORTER:  ROY ISBELL, CCR, RDR, CRR
17
              Proceedings recorded by OFFICIAL COURT REPORTER
18         Qualified pursuant to 28 U.S.C. 753(a) & Guide to
      Judiciary Policies and Procedures Vol. VI, Chapter III, D.2.
19            Transcript produced by computerized stenotype.

20

21

22

23

24

25
```

```
1         (8:59 a.m., in chambers, jury not present.)
2              THE CLERK:  It's juror 10.
3              MS. GRIFFIN:  Good morning.
4              THE COURT:  Good morning.
5              MR. BODNAR:  Good morning, Your Honor.
6              MR. SHARMAN:  Good morning, Judge.
7              THE COURT:  Good morning, good morning.
8              MR. ESSIG:  Good morning.
9              THE COURT:  Y'all have a seat, if you can find one.
10   Good morning.
11             MR. KNIZLEY:  Good morning, Judge.
12             MR. ARMSTRONG:  Good morning.
13             THE COURT:  We've got a sick juror, Mr. M...., the
14   ...................... He says he was feeling sick on
15   Friday, he's been sick all weekend, he thought he could serve
16   this morning.  He came in, but he feels too sick to continue.
17             MR. ARMSTRONG:  He came here?
18             THE COURT:  He's here.  He's here, but he says he's
19   too sick to continue this morning.  I don't know if he has the
20   flu or what, but he's been sick since Friday.  He must be
21   fairly ill.  What do you suggest?
22             MR. BODNAR:  Can we bring back one of the alternates?
23             THE COURT:  We could, but there's no guarantee they
24   haven't been talking about the case or anything like that.
25             MR. KNIZLEY:  Researching, researching the case.
```

```
 1              THE COURT:  Yeah.
 2              MR. BODNAR:  Could the Court inquire into that?
 3              THE COURT:  We could.  There's also the possibility
 4   that we could recess the jury for a day or two or three,
 5   whatever, to see how Mr. M's.... feeling.  But I'm asking for
 6   your druthers.  We could also continue with an 11-person jury.
 7   But that's probably not a good choice for the defense.
 8              MR. KNIZLEY:  Judge, I don't know.  I'd have to talk
 9   with the client, of course, and discuss it with him and with
10   cocounsel.  Your thought about a day or two sounded -- the
11   first impression, maybe get the juror back -- because if we do
12   bring the first alternate back, you know, we just don't know
13   what we've got there.
14              THE COURT:  We would have to ask them.
15              MR. KNIZLEY:  Sure.  And let's say I read something
16   about it and I looked this up -- okay, can you put it out of
17   your mind?
18              We've got those questions, you know.  It's a judgment
19   call in that respect.  So let's talk, let us talk a bit.
20              THE COURT:  All right.  But let's not take too long,
21   because Mr. M's.... sitting downstairs.
22              MR. KNIZLEY:  Ill.
23              THE COURT:  He feels ill and may be getting other
24   people sick as well.
25              MR. ARMSTRONG:  About 10 minutes or so?
```

1          MR. KNIZLEY:  Yeah.
2          THE COURT:  And call Sharron, tell them just to stand
3    by.  And also there's, you know, this thought of -- well, just
4    go ahead, talk, and then we'll talk again.
5          (A recess was taken at approximately 9:06 a.m.)
6          (In chambers, 9:18 a.m., jury not present.)
7          MR. SHARMAN:  Your Honor, we conferred with our
8    clients.  What we suggest is the following, really kind of a
9    two-part approach:  One is, if it can be done, to bring in both
10   alternates so that they can be voir dired to see if one or both
11   are still available so to speak and then give the remainder of
12   the jury the rest of the day, schedule it for the normal time
13   tomorrow, and then in the morning either juror number 10 will
14   be better and can go forward or, if he is not, and if alternate
15   number one is qualified, she can be slid into that slot.  If
16   she is disqualified and alternate number two is, he can be slid
17   into that slot.
18         THE COURT:  Well, what do you say?
19         MR. BODNAR:  Well, that is fairly along the lines of
20   what we had been discussing ourselves, is that we would like to
21   see.  And we think it would probably be prudent to bring both
22   alternates in and find out if they've spoken or if they've read
23   up or researched on it thus far.  If not, tell them not to do
24   so, just in case someone else gets sick.  And then, if they are
25   qualified, slide one of them in, if possible.

1                THE COURT:  All right.
2                MS. GRIFFIN:  Judge, we wouldn't be opposed to talking
3    with them over the phone or asking the Court to talk to them
4    over the phone rather than bringing them down here.  Because --
5                THE COURT:  We need to find out what their
6    availability is, first of all.  But what I'm going to do today
7    is recess the jury today and have them come back tomorrow and
8    then do all of this in the meantime.  And if they are not
9    available to come in but can talk on the phone, we'll do
10   that.  If not, we'll just have to say what's what.
11               Right now I'm going to bring the jury up here and tell
12   them, because of this situation, we're going to recess them for
13   today and ask them to come back in the morning.  And for
14   Mr. M.... to let us know in the morning how he's feeling, not
15   to come in unless he's feeling a hundred percent better.  So
16   okay.  Let's get them up here and then we'll see what we can do
17   about the others.
18               THE CLERK:  I'll need your clients in court, Counsel.
19           (A recess was taken at approximately 9:19 a.m.)
20           (In open court, 9:23 a.m., defendants and jury present.)
21               THE COURT:  All right. Good morning, ladies and
22   gentlemen.  I understand one of you is not feeling well.  We're
23   not going to get you to continue today because you are not
24   feeling well.  What I want to do is to recess you for today --
25   and I'm sorry about this, but these things just cannot be

```
 1  helped -- recess you for today and plan to come back in
 2  tomorrow.  In the meantime, we're going to see what our options
 3  are.
 4          Mr. M...., we do not want you coming in feeling
 5  ill.  So if you would just call in in the morning first thing
 6  and let us know how you're doing, we can update you on what the
 7  situation is.  But we don't want you to have to serve if you're
 8  not feeling well.
 9          So, ladies and gentlemen, I'm sorry to interrupt your
10  schedule like this.  But it's best to proceed this way and we
11  will explore our options.  We cannot continue with an 11-person
12  jury at this point.  So go home, go to your work, whatever you
13  need to do today and plan on being back at 9 a.m. tomorrow
14  morning, except for Mr. M...., who will call in and let us know
15  what his status is at that time.
16          Thank you very much.  And I'm sorry that it's
17  happening this way, but these things just cannot be
18  avoided.  No discussion about the case.  Thank you very much.
19       (In open court, defendants present, jury not present.)
20          THE COURT:  All right.  Counsel, we will explore our
21  options at this point.  We'll keep you advised as to what's
22  going on.  So just hang close and we'll let you know.  Thank
23  you.
24          MR. BODNAR:  Thank you, Your Honor.
25          MR. ARMSTRONG:  Do you want us to stay here?
```

```
 1              THE COURT:  Stay in the courthouse, stay closeby.
 2         (Court adjourned at approximately 9:26 a.m.)
 3         (1:30 p.m., in chambers, jury not present.)
 4              THE COURT:  Good afternoon.
 5              THE CLERK:  Judge, I'll call Sharron and have her
 6    bring her up.
 7              THE COURT:  Yeah, do that.  We're going to bring up
 8    the juror and let her have a seat.  So if y'all want to spread
 9    out and have a seat?
10              MR. BODNAR:  Not crowd her.
11              THE COURT:  Drag one of those chairs over there.
12         When I talked to her earlier, I told her one of the
13    jurors is sick and we were just checking with the alternates.
14    She said she hadn't talked to anybody or done any research.  So
15    I asked her if she could come down.  So we'll see what's what.
16              MR. ARMSTRONG:  When do you depart?  Friday?
17              THE COURT:  Saturday morning.  And if they're not
18    done, I'll be available by phone.  Another judge can take a
19    verdict.  I'll be back early afternoon on Thursday.  Basically
20    a day and a half.
21              MR. ARMSTRONG:  How long is the flight?
22              THE COURT:  Like five hours from Boston.
23              MR. ARMSTRONG:  That's not so bad.  I would think it
24    would be longer, but maybe not.
25              THE COURT:  The whole reason I'm going is to see the
```

```
 1  Northern Lights.  And it's snowing and cloudy all week long.
 2       (A discussion was held off the record.)
 3            MR. ARMSTRONG:  Do we know what Mr. M's.... illness
 4  is?  Is it flu related?  Or cold?
 5            THE COURT:  Sore throat, cough, fever.  Says he's been
 6  sick since Friday.  So it must be the flu or something close to
 7  it.
 8            MR. ARMSTRONG:  Right.
 9       (Juror ... entered chambers.)
10            THE COURT:  Come on in.
11            JUROR ...:  Hi.
12            THE COURT:  Hey, have a seat.  You know all these
13  people, I take it.  I think you've seen them before, spent a
14  few weeks with them.
15            JUROR ...:  Excuse my appearance.  I was at work.
16            THE COURT:  That's quite all right.  We appreciate
17  your willingness to come in.  But as I told you on the phone,
18  one of the jurors has gotten sick and I'm afraid it's, you
19  know, like the flu or something.  So it's not likely that he
20  would be able to come back in a day or two.  And if you have
21  not talked to anybody about the case or done any kind of
22  research or looking up anything about the case, we thought that
23  maybe you might be able to fill in at this point.
24            JUROR ...:  I haven't looked at nothing.  Because
25  that's what they told me, like you can get called back.  I said
```

```
 1   I'd better not, then.
 2           THE COURT:  Well, you were smart, you were smart.  We
 3   didn't expect this to happen.  But it has.  And so if you are
 4   able, you know, we would like for you to come back.  Now,
 5   they've had basically a half a day of deliberation all over.
 6   So I'll bring everybody in tomorrow morning, if the lawyers are
 7   in agreement, and we'll tell them basically they've got to
 8   start over again.
 9           And as I indicated to you on the phone,
10   unfortunately, we shredded your notes.  So you won't have those
11   available to you.  But I'm sure your memory must be pretty good
12   for these weeks.
13           JUROR ...:  We'll see.
14           THE COURT:  Okay.  Does anybody have anything they
15   want to ask of Ms. F......?
16           MS. GRIFFIN:  No, Your Honor.
17           MR. BODNAR:  Not from the United States, Your Honor.
18           MR. ARMSTRONG:  No, ma'am.
19           THE COURT:  All right.  Thank you.  Well, I'm sorry we
20   had to bring you down here this afternoon.  But if you could be
21   here at 9 o'clock tomorrow morning downstairs in the jury
22   assembly room, we would appreciate it.
23           JUROR ...:  Okay.
24           THE COURT:  All right.  Thank you so much.
25           JUROR ...:  Thank you.
```

```
1         (Juror ... left chambers.)
2         THE COURT:  Any comments?  Anything?
3         MR. BODNAR:  Your Honor, are we going to attempt to
4  reach out to the other alternate too or not, in the
5  unlikely-at-this-point chance of --
6         THE COURT:  Well, we have contacted him.  But we're
7  going to tell him just to stand by, you know, and we won't need
8  him in the morning.  But it could be --
9         MR. BODNAR:  But not to look at anything or do any
10 research, if he hasn't already?
11        THE COURT:  Yeah, well, I haven't quizzed him about
12 that.  But we'll let him know that alternate number one is
13 stepping in.  And we'll inform Mr. M.... that he just needs to
14 get well, he doesn't need to come back and try to serve as a
15 juror any more.  So anything else?
16        MR. KNIZLEY:  No, ma'am.
17        MR. SHARMAN:  No, ma'am.
18        THE COURT:  All right.  Go home this afternoon.  Well,
19 not home maybe, but as close as you can get.
20     (Court adjourned at approximately 1:38 p.m.)
21
22
23
24
25
```