```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF ALABAMA


UNITED STATES OF AMERICA
                                          CASE NO. CR15-00088
v.
                                          COURTROOM 2B
JOHN PATRICK COUCH, M.D.,
and XIULU RUAN, M.D.,
                                          MOBILE, ALABAMA
           Defendants.
                                          WEDNESDAY, FEBRUARY 22, 2017
    * * * * * * * * * * * * * * *


                         DAY 30 OF TRIAL
            BEFORE THE HONORABLE CALLIE V. S. GRANADE,
            SENIOR UNITED STATES DISTRICT JUDGE, AND JURY




APPEARANCES:

FOR THE GOVERNMENT:
    DEBORAH A. GRIFFIN
    CHRISTOPHER BODNAR
    United States Attorney's Office
    63 S. Royal Street, Suite 600
    Mobile, AL  36602
    (251) 441-5845


FOR THE DEFENDANT COUCH:
    ARTHUR T. POWELL, III
    P.O. Box 40456
    Mobile, AL 36640-0456
    (251) 433-8310

    JACKSON R. SHARMAN, III
    ROBERT JACKSON SEWELL
    JEFFREY PAUL DOSS
    BENJAMIN SANDERS WILLSON
    Lightfoot, Franklin & White
    400 North 20th Street
    Birmingham, AL  35203
    (205) 581-0700
```

```
 1    (Continued)

 2        BRANDON KEITH ESSIG
          800 Shades Creek Parkway, Suite 600D
 3        Birmingham, AL  35209
          (251) 879-1981
 4
      FOR THE DEFENDANT RUAN:
 5        DENNIS J. KNIZLEY
          7 N. Lawrence
 6        Mobile, AL 36602
          (251) 432-3799
 7
          JASON BRADLEY DARLEY
 8        Darley & McGough, LLC
          1751 Dauphin Street
 9        Mobile, AL 36604
          (251) 441-7772
10
          GORDON G. ARMSTRONG, III
11        P.O. Box 1464
          Mobile, AL  36633
12        (251) 434-6428

13        STEVEN D. MARTINIE
          4955 North Lake Drive
14        Whitefish Bay, WI  53217
          (414) 332-9683
15
      THE CLERK:  MARY ANN BOYLES
16    THE LAW CLERK:  LYNN DEKLE
      COURT REPORTER:  ROY ISBELL, CCR, RDR, CRR
17
              Proceedings recorded by OFFICIAL COURT REPORTER
18         Qualified pursuant to 28 U.S.C. 753(a) & Guide to
       Judiciary Policies and Procedures Vol. VI, Chapter III, D.2.
19           Transcript produced by computerized stenotype.

20

21

22

23

24

25
```

```
 1      (Morning session, 9:06 p.m., in open court, defendants and
 2   jury present.)
 3          THE COURT:  All right.  Good morning, ladies and
 4   gentlemen.
 5          We are back to a number of 12 jurors, and I hope that
 6   you all will be able to complete this without anybody else
 7   falling out sick.  So I hope all of you are feeling well.  You
 8   will have to take into account the fact that your newest juror,
 9   who was an alternate before, didn't participate in your first
10   day of deliberation.  So you will basically have to start over
11   again so all things can be considered by all 12 of you.
12          Now, at this time, I'm going to have the court
13   security officer escort you back to the jury deliberation room
14   and you are, as I said before, you're free to set your own
15   schedule.
16          I will remind you that there is not a parade tonight.
17   So if you decide to go longer than you did on Friday, please
18   let us know.
19          Thank you.  And you may begin your deliberations
20   again.
21      (The jury retired to resume deliberations at 9:07 a.m.)
22      (In open court, defendants present, jury not present.)
23          THE COURT:  All right.  Counsel, let me see you at
24   side bar for just a minute.
25      (At the side bar, jury not present.)
```

1    THE COURT:  I just want to remind you about the
2 forfeiture allegations.  The Court needs to be ready, whenever
3 they come back with a verdict.  So be prepared to go forward on
4 that, if in fact that is what is going to happen.  But I need
5 to know in advance.  So if you all can talk about it and
6 hopefully let me know something by tomorrow or the end of
7 today, I would appreciate it.
8    MS. GRIFFIN:  Your Honor, we met yesterday.  We talked
9 again this morning.  We are exchanging drafts.  And we will, of
10 course, advise the Court as soon as we know.
11    THE COURT:  All right.  Thank you.
12    MR. ARMSTRONG:  All right.
13  (Court adjourned at approximately 9:09 a.m.)
14  (4 p.m., in open court, defendants and jury present.)
15    THE COURT:  All right, ladies and gentlemen.  I thank
16 you for putting in a hard day's work.  You know what I'm going
17 to say to you:  No discussion about the case.  Try and put it
18 out of your mind tonight.
19    Is 9 o'clock tomorrow morning okay for y'all to
20 return?
21    A JUROR:  Yes.
22    THE COURT:  All right.  We'll see you downstairs in
23 the jury assembly room at 9 o'clock, at which time you will be
24 taken immediately to the deliberation room.
25    Thank you and have a good evening.

```
 1        (In open court, defendants present, jury not present.)
 2             THE COURT:  And all of you have a good evening as
 3   well.
 4             MR. SHARMAN:  Thank you, Your Honor.
 5             MS. GRIFFIN:  Thank you.
 6             MR. BODNAR:  Thank you.
 7        (Court adjourned at approximately 4:01 p.m.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```