| | |
|---|---|
| From: | Hilliard, Erica (USAALS) |
| To: | "Michael S. McNair" |
| Subject: | Order for Writ of Execution: Xiulu Ruan |
| Date: | Wednesday, September 5, 2018 11:14:00 AM |
| Attachments: | Court Order Clerk"s Notice Execution - Xiulu, Ruan.pdf |
| | Court Order Issuance of Writ of Execution - Xiulu, Ruan.pdf |
| | Court Order Writ of Execution - Xiulu, Ruan.pdf |
| | Ex Parte Application for Writ of Execution Ruan, X.pdf |

Mr. McNair,

Please find attached the United States' Ex Parte Application for a writ of execution and Judge Granade's order issuing the writ, writ, and clerk's notice on 15 properties owned by Xiulu Ruan. The U.S. Marshal's service has served most of, if not all, of the parties, but have not served you on behalf of Ling Ciu. Please accept these documents as notice, as upon completion of service, the Ex parte seal will be lifted for your electronic service and notification.

Thank you,
Erica

*Erica Rollins Hilliard*

Financial Litigation Coordinator
Assistant United States Attorney
Southern District of Alabama
Riverview Plaza, Suite 600
63 S. Royal St.
Mobile, AL 36602
Office: 251-415-7103
Cell: 251-295-2601
Erica.Hilliard@usdoj.gov



Please Take Notice: This communication with its contents and attachments, if any, may contain confidential, law enforcement sensitive, privileged attorney/client communications or work products, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this email in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer. Additionally, documents which accompany this electronic message may contain metadata. Unless privileged or exempt from disclosure, it is my express intention to only deliver the document in its plainly visible form. I do not authorize your access to, nor waive any privilege or exemption to, any information contained in the metadata. Any access to metadata is unauthorized and is considered an unethical examination. By reviewing any attachment I provide, you are consenting in advance to my express conditions above. Thank you.