# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 15-00088-CG |
| | ) |
| **XIULU RUAN** | ) |

## ORDER TO CLARIFY THAT MORTGAGE IS VALID AND THAT REAL PROPERTY IS FREE AND CLEAR OF ANY INTEREST OF THE UNITED STATES

The motion of the Defendant, Xiulu Ruan, came on this day to be heard and this Court being fully advised of the premises and that the United States has no objection to the relief sought, finds that it has merit and should be granted, therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, as a result of the previous orders of this Court, (Docs. 884 and 887) all prior orders of the Court addressing the status of the mortgage[1] are moot and that the mortgage attached to the real property located at 9073 Timbercreek Boulevard, Spanish Fort, Alabama (the "Timbercreek Property"), is valid as it existed prior to the initiation of the litigation in the above-styled cause. And, based on the Settlement Agreement that was reached between Xiulu Ruan and the United States regarding the Timber Creek Property and the fact that Defendant Xiulu Ruan has complied with the terms of the Settlement Agreement and made full payment, the United States has no, right, title or interest in the Timber Creek Property.

**DONE** and **ORDERED** this 8th day of December, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] "the mortgage" refers to the mortgage that was the subject of the order in Doc. 820.