## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO.: 1:15-cr-00088-CG** |
| : | |
| : | |
| **XIULU RUAN, M.D., et al.** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION TO STAY

COMES NOW the Defendant, by and through the undersigned attorney, and moves this Honorable Court to stay the sentencing proceedings and the time within which to respond to the pre-sentence report and as grounds therefore states as follows:

1.  As the Court is well aware, the appellate record is extremely convoluted, having resulted in a Supreme Court opinion and at least four Eleventh Circuit appeals, the last of which had been stayed pending the Supreme Court decision and which the government has now moved to remand to the district court.

2. The Defendant intends to file an appeal to United States v. Ruan, 56 F.4th 1291 (11th Cir. 2023), the opinion that resulted from the remand in Ruan v.United States, 142 S. Ct. 2370 (2022) based upon the reasoning in United States v. Kahn, 2023 WL 1487672 (10th Cir. Feb. 3, 2023).

3. The Assistant United States Attorney, Christopher Bodnar, has no objection to this motion.

WHEREFORE, premises considered, the defendant respectfully moves this Honorable Court to stay the sentencing proceedings and the time within which to respond to the pre-sentence report and for such other, further, different relief, premises considered.

Respectfully submitted,

*/s/ Dennis J. Knizley*

Dennis J. Knizley

Attorney for the Defendant

7 N. Lawrence Street

Mobile, Alabama 36602

(251) 432-3799

Fax: (251) 432-4539

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 14th day of April, 2023, served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney.

*/s/ Dennis J. Knizley*