IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **Crim. No. 15-cr-00088-CG** |
| | * |
| **XIULU RUAN, and** | * |
| **JOHN PATRICK COUCH** | * |

## NOTICE TO THE COURT REGARDING RE-SENTENCING

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and attorneys Dennis Knizley and Domingo Soto, who respectively represent Xiulu Ruan and John Patrick Couch (collectively "the defendants"), file this notice concerning re-sentencing in this case.

On remand from the United States Supreme Court following its decision in *Ruan v. United States*, 142 S. Ct. 2370 (2022), the Eleventh Circuit vacated the defendants' substantive drug distribution convictions whilst affirming all others. *United States v. Ruan*, 56 F.4th 1291 (11th Cir. 2023). The matter has been remanded to this Court for a potential new trial and for resentencing. *Id.*, p. 1302. Each defendant has filed an unopposed motion in this Court to stay sentencing proceedings while they appeal the Eleventh Circuit's January 2023 opinion. [Doc. Nos. 964, 967] Thereafter, this Court directed the parties to provide notice of "what event should trigger the lifting of the stay." [Doc. Nos. 966, 968]

1

After consulting, the United States and attorneys for the defendants agree that the stay should be lifted if the Supreme Court denies the petitions for *certiorari*. If one or both petitions is granted, then the parties will provide additional notice as to what event or events would trigger the lifting of the stay.

Respectfully submitted this 25th day of April, 2023.

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845