# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 04, 2023

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number:  21-12521-DD
Case Style:  USA v. Xiulu Ruan
District Court Docket No:  1:15-cr-00088-CG-B-2

The enclosed copy of this Court's order of remand is issued as the mandate of this Court.
Counsel and parties are advised that with this order of remand this appeal is concluded. If
further review is to be sought in the future a timely new notice of appeal must be filed.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:              404-335-6100      Attorney Admissions: 404-335-6122
New / Before Briefing Cases:      404-335-6135      Capital Cases:            404-335-6200
Cases in Briefing / After Opinion: 404-335-6130      CM/ECF Help Desk:  404-335-6125
Cases Set for Oral Argument:      404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-12521

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MD XIULU RUAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:15-cr-00088-CG-B-2

_____

2                                    Order of the Court                                    21-12521

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

The government's "Motion to Remand" is GRANTED. The amended judgment as to Defendant-Appellant Xiulu Ruan is VACATED and this matter is REMANDED for further proceedings in accordance with the revised mandate issued in Case No. 17-12653.

The Clerk's Office is DIRECTED to close this matter.