# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Crim. No. 15-cr-00088-CG |
| | * |
| XIULU RUAN, and | * |
| JOHN PATRICK COUCH | * |

## NOTICE TO THE COURT

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, files this notice to the Court.

On remand from the United States Supreme Court following its decision in *Ruan v. United States*, 142 S. Ct. 2370 (2022), the Eleventh Circuit vacated the defendants' substantive drug distribution convictions whilst affirming all others. *United States v. Ruan*, 56 F.4th 1291 (11th Cir. 2023). The matter was remanded to this Court for a potential new trial and for resentencing. *Id.*, p. 1302. Thereafter, this matter was stayed because the defendants filed a petition for *certiorari* with the Supreme Court. [Doc. No. 968] The Supreme Court denied this petition. *United States v. Ruan, et al.*, 22-1175, (Nov. 6, 2023). See [https://www.supremecourt.gov/orders/courtorders/110623zor_k5fl.pdf](https://www.supremecourt.gov/orders/courtorders/110623zor_k5fl.pdf)

Counsel for the United States and defendant Couch have conferred and believe there is no longer any impediment to lifting the stay. It is unclear who represents defendant Ruan at this time.

1

Respectfully submitted this 22nd day of December 2023.

        SEAN P. COSTELLO
        UNITED STATES ATTORNEY

        By: */s/Christopher J. Bodnar*
        Christopher J. Bodnar
        Assistant United States Attorney
        63 South Royal Street, Suite 600
        Mobile, Alabama 36602
        (251) 441–5845