IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  Crim. No. 15-cr-00088-CG |
| | * |
| XIULU RUAN, and | * |
| JOHN PATRICK COUCH | * |

## POSITION OF UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, files its response to this Court's order concerning the parties' positions regarding sentencing factors. [Doc. 974

The United States has no objections to the Fourth Final Presentence Investigation Reports prepared by the Probation Office for defendants John Patrick Couch and Xiulu Ruan. *See* [Doc. No. 975, 976]

Respectfully submitted this 26th day of February 2024.

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845